UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW DUDLEY, (#539135) | CIVIL ACTION |
| VERSUS | |
| BURL CAIN, ET AL. | NO.: 16-CV-00004-BAJ-RLB |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 12)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Petitioner's Petition for Writ of Habeas Corpus (Doc. 1). The *pro se* Plaintiff, an inmate confined at the Louisiana State Penitentiary, Angola, Louisiana, filed this proceeding against Defendants, Burl Cain and James D. Caldwell, Jr. challenging his confinement in the Louisiana State Penitentiary based upon an Order of Commitment issued by the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana. (*Id.*). The Magistrate Judge recommended that Petitioner's application for habeas corpus relief be denied, with prejudice, as untimely. (Doc. 12 at p. 9). The Magistrate Judge further recommended that in the event that Petitioner seeks to pursue an appeal, a certificate of appealability be denied. (*Id.*).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact,

1

conclusions of law, and recommendations therein. (*Id.* at p. 1). Petitioner filed a timely Objection. (Doc. 13). Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 12)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Petitioner's **Petition for Writ of Habeas Corpus (Doc. 1)** be **DENIED, WITH PREJUDICE**.

Baton Rouge, Louisiana, this **24th** day of October, 2018.

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA